## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONIL JOSE GONZALEZ CENTENO,** | : | **No. 3:25cv2518** |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **CRAIG LOWE, in his official capacity** | : | |
| **as Warden, Pike County** | | |
| **Correctional Facility,** ***et al.,*** | : | |
| **Respondents** | : | |

## ORDER

**AND NOW**, to wit, this 13th day of January 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Ronil Jose Gonzalez Centeno's petition for writ of habeas corpus, (Doc. 1), is **GRANTED.**

2) Respondents shall **immediately** release Gonzalez Centeno from their custody;

3) Within 48 hours, respondents shall file a declaration or affidavit pursuant to 28 U.S.C. § 1746 confirming that Gonzalez Centino has been released from custody;

4) Respondents are permanently enjoined from re-detaining Gonzalez Centeno under 8 U.S.C. § 1225(b)(2)(A);

5) Respondents are temporarily enjoined from re-arresting Gonzalez Centeno for a period of 14 days to ensure that this habeas remedy is effective;

6) Should respondents detain Gonzalez Centeno pursuant to 8 U.S.C. § 1226(a), they shall, within ten (10) days, afford him a bond hearing before an immigration judge, who shall provide an individualized assessment as to whether Gonzalez Centeno poses a flight risk or a danger to the community;

7) Gonzalez Centeno's request for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, is **DENIED** without prejudice to be raised at a more appropriate time in the petitioner's immigration proceedings;

8) Petitioner's motion for a temporary restraining order and preliminary injunction, (Doc. 3), is **DENIED** as moot; and

9) The Clerk of Court is directed to close this case.

Date: ___1/13/26___

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2